**STATEMENT OF FACTS**

Case: 1:23-mj-00097
Assigned To : Harvey, G. Michael
Assign. Date : 5/4/2023
Description: Complaint W/ Arrest Warrant

On December 21, 2022, at the U.S. District Courthouse located at 333 Constitution Avenue, Northwest, Washington, D.C., at approximately 4:30 p.m., Deputy U.S. Marshals reported to courtroom 29 in anticipation of a verdict being delivered by the jury in the case of United States v. Sutton, 21-CR-0598. Additional U.S. Marshals were in the courtroom to ensure security because of prior disruptions in the trial. During the trial, Ms. Karen Hylton-Brown, the decedent's mother, was barred from being in the audience for a portion of the trial because of her disruptive behavior.

As the Honorable Judge Paul L. Friedman took the bench, he made a statement that before the jury was brought out, he expected all persons in the courtroom to remain civil regardless of the verdict. However, as the jury announced the verdict, Ms. Karen Hylton-Brown began yelling and screaming, disrupting the proceedings. Specifically, Ms. Hylton started yelling what sounded like "Ba…" and then cut herself off in the middle of the next word. She also stomped her feet, threw her hands up, and started snapping her fingers.

After the disruption, Ms. Hylton was asked to leave by the courtroom security officers (CSOs). CSO Paul Sacca was the first person to approach Ms. Hylton and advised her to stop being disruptive or that she would need to leave. Ms. Hylton responded, "I'm good, I'm good." CSO Sacca then began to turn away, but Chief Deputy Aaron Smith of the United States Marshal Service instructed CSO Sacca, "You need to get her out." Judge Friedman also verbally ordered that Ms. Hylton be taken out of the courtroom.

CSO Sacca and CSO Richard Flannery then escorted Ms. Hylton out of the courtroom. As Ms. Hylton was escorted out, she yelled several statements including, "Bald Headed Fuck!"

"Fucking Pussies!" and "Sutton Got Murdered!" She also yelled directly at the defendants. CSO Sacca, from his perspective, then saw Ms. Hylton charge toward Chief Smith and aggressively bump him with her chest. Chief Smith, CSO Flannery, and Deputy United States Marshal (DUSM) Michael Dito saw Ms. Hylton step toward Chief Smith, lunge, and violently push him with both hands. The push caused Chief Deputy Smith to fall back onto a bench. Ms. Hylton was placed in handcuffs outside the courtroom.

Approximately 48 hours after the push, Chief Smith felt pain in his chest and went to Urgent Care on December 23, 2022. His X-rays were negative, but he was prescribed cyclobenzaprine and naproxen for his discomfort.

As such, your affiant submits that probable cause exists to charge Karen HYLTON-BROWN with violating 18 U.S.C. § 111(a)(1), which makes it a crime to assault, resist, oppose, impede, intimidate, or interfere with, a Federal law enforcement officer, as designated in Section 1114 of Title 18, while the officer is engaged in, or on account of, the performance of official duties.

_____
SPECIAL AGENT CHRISTOPHER BUKOVEC
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of May 2023.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE